UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

RECEIVED BY MAIL
MAY 29 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Bernard Madoff d/b/a
Jonathan Lee Riches,
Plaintiff

V.

Star Trek; Star Trek: Nemesis; Star Trek: Insurrection; Star Trek: First Contact; Star Trek: Generations; Star Trek: The Undiscovered Country; Star Trek: The Final Frontier; Star Trek IV: The Voyage Home; Star Trek III: The Search for Spock; Star Trek II: The Wrath of Khan; Star Trek: The Motion Picture; Star Trek: Enterprise; Star Trek: Voyager; Star Trek: Deep Space Nine; Star Trek: The Next Generation; Star Trek: The Animated Series; Star Trek: The Original Series; William Shatner; Leonard Nimoy; Chris Pine; Zachary Quinto; Karl Urban; Captain James T. Kirk; Spock; Bones McCoy; J.J. Abrams; Roberto Orci; Alex Kurtzman; Gene Roddenberry; Scotty; Simon Pegg; Eric Bana; Nero; Patrick Stewart; Spaceballs, Defendants

28 USC 1331

[Preliminary Injunction, Temporary Restraining Order, TRO
Star Trek was a part of my Identity theft]

Comes now, Bernard Madoff d/b/a Jonathan Lee Riches, Facing danger and harm from the defendants. Scotty is Beaming my mind out of this world. Star Trek, the characters, the series, their movies all offend me and has caused me Psychological trauma watching Star Trek on tv. which led me to live a fantasy life globetrotting the world committing Identity theft to Finance my travels, watching Star Trek made me think I was a universal God, the Creator of Ponzi theft Scams. I've also discovered a major plot from a return of the Jedi cybercafe that the Star Trek Enterprise & the Millenium Falcon crashed into the twin towers on 9/11. William Shatner told me this also on the movie set of Rescue 911. Shatner also told me he drowned his wife in his pool because she was having a affair with me.

Star trek is involved with my Prison torture. On Feb 25th, 2003 the day of my arrest Scotty Beamed me to Federal prison at the planet of the apes, then Scotty Beamed me with clemens steroids baseballs in my head. Capt. Kirk sold me counterfeit space travel tickets on priceline.com. Defendants stole my travel visa and gave Haleys comet my Identity to order travelers checks for Lisa Nowak. Defendants Sexually assaulted me with Jet Fuel at Roswell New Mexico on 9/11/01. Defendants stole my Starship Enterprise rent a car and lent it to Michael J. Fox to go back to the future to alter my Prison documents and set me up for cyber crime. Spock gave me a ear infection in federal prison. Defendants sent Killer clowns from outter space to make fun of my Prison torture. Defendants hijacked my Body, gave me mercury poison, I was ate by a venus Flytrap, Food Poisoned by Mars m&ms, Defendants stole my Jupiter Bank credit card and bought a Saturn in my name and sodomized my urananus with it, Pierced my ears with Neptunes music, Pluto was trained to dog fight by Michael Vick, who Star trek sent after me. Defendants got E.T. to steal my Bike. Defendants sent transformer assassins to cryptonite poison me and Defendants dropped me into the black hole on Black friday 2002. Chris Pine, Zachary Quinto, Karl urban used my stolen Identity theft money to finance their space outfits and take acting lessons. I watched Every single Star trek episode 199 times in a row, with 199 Bottles of Beer and suffered Brain Damage out of this world. Defendants sent Hitmen, Austin Powers, Hans Solo, Stargate, Aliens, Spacechimps, Armegeddon to big bang my theories, war of my world. Star trek puts kids in danger, Anyone who watches star trek will become a Identity theif or computer hacker. I sued Black history month in S.D. Iowa. I seek restraining orders Against the shows of Defendants airing to the Public and a injunction Against Star trek the new movie which puts Americans in a global pandemic chaotic state in a world of witchcraft, I seek a restraining order Against Space and Darwin. Earth is evil, Defendants Placed me here under the orders of the CIA For Secret torture waterboarding, I seek the return to Heavens Gate with Jim Jones. I pray this court will grant my restraining orders for relief,

respectfully

Jonathan Lee Riches #40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

5-3-09