UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.   4:09-CV-928 CEJ ) |
| STAR TREK, | ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **dismissed without prejudice**.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 19th day of June, 2009.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE